# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **LARRY J. BROOKS** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14cv481 |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Unopposed Motion to Remand (docket no. 11) be granted and that the matter be remanded to the Commissioner for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. It is

**ORDERED** that the Unopposed Motion to Remand (docket no. 11) is **GRANTED**. This case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**. Any party may file a motion to return this case to the active docket when it is ready to proceed or for the purpose of filing a joint motion to dismiss. It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 2nd day of February, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE