# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **LARRY J. BROOKS** | § § | |
| **vs.** | § § | **CASE NO. 6:14CV481** |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 16), filed on November 9, 2016, recommends that Plaintiff's Motion to Return this Administratively Closed Case to the Docket for Dismissal of the Case (ECF 15) be granted. The Report and Recommendation further recommends that this social security action be placed back on the active docket and that it be dismissed with prejudice as moot. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that Plaintiff's Motion to Return this Administratively Closed Case to the Docket for Dismissal of the Case (ECF 15) is **GRANTED**. The Clerk shall re-open this case. The above-entitled action is **DISMISSED WITH PREJUDICE** as moot.

Any motion not previously ruled on is **DENIED**.

**So Ordered and Signed**
**Nov 30, 2016**

_____
Ron Clark, United States District Judge